986 F.2d 1409
 Niklaus (Mary, Ronald W.)
v.
Patterson Dental Supply Co., Vivadent Inc., U.S.A., Vivadent
Leichtenstein v. FA Litema, W Sedlabuer GHBH, Niklaus
(Ronald W., D.D.S, Mary), Youngman (John C., Jr.); Niklaus
(Mary, Ronald W.) v. Patterson Dental Supply Co., Vivadent
Inc., U.S.A., Vivadent Leichtenstein v. FA Litema, W
Sedlabuer GHBH, Vivadent ETS, Vivadent; Niklaus (Mary,
Ronald W.) v. Patterson Dental Supply Co., Vivadent Inc.,
USA, Vivadent Leichtenstein v. FA Litema
 NOS. 92-7071, 92-7233
 United States Court of Appeals,
Third Circuit.
 Jan 15, 1993
 
 Appeal From: M.D.Pa.,
 McClure, J.
 
 767 F.Supp. 94
 
 1
 AFFIRMED.